UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
SKATTEFORVALTNINGEN,

                                Plaintiff,             **ORDER**

                     - against -            25 Civ. 1498 (NRB)

470 SOUTH OCEAN BOULEVARD TRUST; JONATHAN
E. GOPMAN, as trustee for the 470 South
Ocean Boulevard Trust, and JOHN DOES 1
THROUGH 100

                             Defendants.
-----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


    **WHEREAS**, at a conference on April 30, 2026, plaintiff Skatteforvaltningen ("SKAT") expressed its intention to file an amended complaint; and

    **WHEREAS**, no party objected to the filing of an amended complaint; and

    **WHEREAS**, Federal Rule of Civil Procedure 15(a)(2) provides that the Court "should freely" grant leave to amend; it is hereby

    **ORDERED** that SKAT may file an amended complaint in this action; and it is further

    **ORDERED** that SKAT shall concurrently file a redline of the amended complaint showing the differences between the amended complaint and the original complaint.

Dated:      June 8, 2026
            New York, New York

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

2